IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE HERSHEY COMPANY and HERSHEY CHOCOLATE & CONFECTIONARY CORPORATION, | : : : : | |
| Plaintiffs | : : | No. 1:18-cv-00843 |
| v. | : : | (Judge Kane) |
| ANYKISS, Defendant | : : : | |

## ORDER

**AND NOW**, on this 4th day of November 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiffs' motion for default judgment (Doc. No. 24) is **GRANTED** pursuant to Federal Rule of Civil Procedure 55(b)(2);

2. The Clerk of Court is directed to defer the entry of default judgment in favor of Plaintiffs and against Defendant as to Counts I, II, and III of the complaint (Doc. No. 1) until the conclusion of the above-captioned proceedings;

3. Plaintiffs are directed to submit, within seven (7) days of the date of this Order, an itemized statement setting forth the attorney's fees and costs sought by Plaintiffs in connection with the instant motion for default judgment; and

4. An Order setting forth the terms of the damages, permanent injunctive relief, and attorney's fees and costs to be awarded in favor of Plaintiffs shall issue following the receipt of said documentation from Plaintiffs.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
